# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| Allyson B. Antol, Individually and O.A., a minor child under the age of 14, by her Legal Guardian, Allyson B. Antol, | Civil Action No.: 4:16-cv-00976-RBH |
| Plaintiff, | |
| vs. | ORDER TO REMAND TO STATE COURT FOR PURPOSES OF A MINOR SETTLEMENT PETITION AND APPROVAL |
| Kompan, Inc. (d/b/a KOMPAN USA). | |
| Defendant. | |

The Plaintiff and the Defendant filed a joint Motion to Remand to State Court for Purposes of a Minor Settlement Petition and Approval, pursuant to S.C. Code Ann. § 62-5-407. Following review and consideration of the joint Motion, the undersigned agrees to remand this case to the Court of Common Pleas, Horry County.

**AND IT SO ORDERED.**

March 6, 2017  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge